UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GALINDO, | 1:03-cv-06652-AWI-LJO-P |
|       Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 36) |
| vs. | **ORDER GRANTING MOTION TO DISMISS** (Doc. 34) |
| STATE OF CALIFORNIA, et al., | |
|       Defendants. | **ORDER DISMISSING ENTIRE ACTION, WITHOUT PREJUDICE** |

    Plaintiff Arturo Galindo ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 22, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. (Doc. 36.) On September 20, 2005, plaintiff filed objections to the Magistrate Judge's Findings and

1

1 Recommendations.  (Doc. 37.)

2     At the first formal level of review, plaintiff's grievance against staff was found to be unsubstantiated, necessitating pursuit of the appeal to the next level of review in the appeals process.  Because plaintiff failed to pursue his appeal to the next available level, plaintiff failed to exhaust the available administrative remedies, and defendants are entitled to dismissal of this action.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The Findings and Recommendations, filed August 22, 2005, is ADOPTED IN FULL;

    2.    Defendants' motion to dismiss for failure to exhaust, filed March 16, 2005, is GRANTED; and,

    3.    This action is DISMISSED in its entirety, without prejudice, based on plaintiff's failure to exhaust prior to filing suit.

IT IS SO ORDERED.

**Dated:   November 9, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE